UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PEPSICO, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> MR. YIN & MR. YANG, LLC, et al., <br><br> Defendant(s). | Case No. C05-1628P <br><br> **AMENDED** MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **January 17, 2006.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

Filed this 23rd day of November, 2005.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
Deputy Clerk